Jennifer R. Brooks, Bar No. 14480
jrbrooks@seyfarth.com
Seyfarth Shaw LLP
700 Milam Street
Suite 1400
Houston, Texas  77002-2812
Telephone:     (713) 225-2300
Fax No.:          (713) 225-2340

*Attorneys for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ANGELA BANGERT,

           Plaintiff,

       v.

TRANS UNION, LLC; EQUIFAX
INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS,
INC. AND SOFI BANK N.A., CORP,

           Defendants.

Case No. 2:22-cv-01418-RFB-BNW

**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**

**FIRST REQUEST**

      Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from September 30, 2022 through and including November 14, 2022. Plaintiff and Equifax are actively engaged in settlement discussions.  The additional time to respond to the Complaint will facilitate settlement discussions.  This stipulation is filed in good faith and not intended to cause delay.

**ORDER**

IT IS SO ORDERED

DATED: 3:46 pm, September 27, 2022

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

STIPULATION OF EXTENSION OF TIME
FOR DEFENDANT EQUIFAX
INFORMATION SERVICES LLC TO FILE
ANSWER
86931793v.1

SEYFARTH SHAW LLP
Attorneys at Law
Houston

1  Dated: September 26, 2022

2

3

4

5

6

7

8

9

10

11  DATED: September 26, 2022

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

SEYFARTH SHAW LLP


By: */s/ Jennifer R. Brooks*
    Jennifer R. Brooks, Bar No. 14480
    SEYFARTH SHAW LLP
    700 Milan St., Suite 1400
    Houston, TX 77002-2812
    Tel.: (713) 238-1854
    Email: jrbrooks@seyfarth.com

*Attorneys for Defendant*
*Equifax Information Services LLC*


Agreed & Consented to:

KIND LAW


By: */s/ Michael Kind*
    Michael Kind, NV Bar #13903
    KIND LAW
    8860 South Maryland Pkwy, Suite 106
    Las Vegas, Nevada 89123
    Tel.: (707) 337-2322
    Email:mk@kindlaw.com

*Counsel for Plaintiff*
*Angela Bangert*

SEYFARTH SHAW LLP
Attorneys at Law
Houston

STIPULATION OF EXTENSION OF TIME
FOR DEFENDANT EQUIFAX
INFORMATION SERVICES LLC TO FILE
ANSWER
86931793v.1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2022, I presented the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jennifer R. Brooks
Jennifer R. Brooks
*Counsel for Defendant*
*Equifax Information Services LLC*

SEYFARTH SHAW LLP
Attorneys at Law
Houston

CERTIFICATE OF SERVICE

86931793v.1