**RACHAEL SWERNOFSKY**
Nevada Bar No. 15465
**QUILLING, SELANDER, LOWNDS,**
**WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5443
Facsimile:  (214) 871-2111
rswernofsky@qslwm.com
***Counsel for Trans Union LLC***

**Designated Attorney for Personal Service**
Kurt Bonds, Esq.
Nevada Bar No. 6228
Alverson Taylor & Sanders
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA BANGERT,<br><br>                    Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, EQUIFAX<br>INFORMATION SERVICES, LLC,<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., and SOFI BANK N.A., CORP,<br><br>                    Defendants. | Case No. 2:22-cv-01418-RFB-BNW<br><br>**JOINT STIPULATION FOR**<br>**WITHDRAWAL OF ATTORNEY**<br>**RACHAEL SWERNOFSKY** |

COME NOW Plaintiff Angela Bangert ("Plaintiff") and Defendant Trans Union LLC ("Trans Union") (collectively known as "the Parties"), by and through their respective counsel and, pursuant to Local Rule IA 11-6(b), hereby stipulate to the following:

1.      Rachael Swernofsky is no longer with the law firm of Quilling, Selander, Lownds, Winslett & Moser, P.C.

1

2.      Accordingly, the parties conferred and agree to the withdrawal of Rachael Swernofsky as attorney for Trans Union.  Additionally, the Joint Stipulation for Withdrawal of Attorney Rachael Swernofsky was served to Trans Union via email on February 7, 2023, and Trans Union is unopposed.

3.      Kurt Bonds, of the law firm Alverson, Taylor & Sanders, is licensed in the State of Nevada and filed his Notice of Appearance as counsel for Defendant Trans Union. (Dkt. 25).

WHEREFORE, Plaintiff and Defendant respectfully request this Honorable Court to grant the withdrawal of attorney Rachael Swernofsky.

DATED: February 17, 2023

**ALVERSON TAYLOR & SANDERS**                     **KIND LAW**

/s/ Kurt R. Bonds                                                  /s/ Michael Kind
Kurt R. Bonds, Esq.                                             Michael Kind
Nevada Bar #6228                                              8860 South Maryland Parkway, Suite 106
6605 Grand Montecito Parkway                         Las Vegas, NV 89123
Suite 200                                                            (707) 337-2322
Las Vegas, Nevada 89149                                 (707) 329-5881 Fax
efile@alversontaylor.com                                 mk@kindlaw.com
**Counsel for Trans Union LLC**                       **Counsel for Plaintiff**


### ORDER

**IT IS SO ORDERED**

**DATED:** 5:50 pm, February 22, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

6079509.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of February 2023, I filed **JOINT STIPULATION FOR WITHDRAWAL OF ATTORNEY RACHAEL SWERNOFSKY** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

Matthew M. Loker
matt@loker.law
Loker Law, APC
1303 East Grand Avenue
Suite 101
Arroyo Grande, CA 93420
(805) 994-0177
(805) 994-0197 Fax
  *and*
Michael Kind
mk@kindlaw.com
Kind Law
8860 South Maryland Parkway
Suite 106
Las Vegas, NV 89123
(707) 337-2322
(707) 329-5881 Fax
Counsel for Plaintiff

Jennifer R. Brooks
jrbrooks@seyfarth.com
Seyfarth Shaw LLP
700 Milam Street, Suite 1400
Houston, TX 77002
(713) 225-2300
(713) 225-2340 Fax
Counsel for Equifax
Information Services LLC


                    */s/ Teri Jenks*
                    _____
                    An Employee of ALVERSON TAYLOR & SANDERS

N:\CLIENTS\28000\28004\pleading\Bangert, Angela - Joint Stipulation for Withdrawal of R. Swernofsky(6079509.1).doc