**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt@loker.law
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorney for Plaintiff,*
Angela Bangert

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **ANGELA BANGERT,**<br><br>    Plaintiff,<br><br>        v.<br><br>**TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND SOFI BANK N.A., CORP**<br><br>        Defendant(s). | **Case No.:** 22-cv-1418-RFB-BNW<br><br>**STIPULATION TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**<br><br>**HON. RICHARD F. BOULWARE, II** |

Plaintiff ANGELA BANGERT ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC, by and through their undersigned counsel, respectfully submit this Stipulation for Dismissal pursuant to Rule 41(a) of the Federal Rule of Civil Procedure.

Plaintiff and Equifax Information Services, LLC hereby jointly move to dismiss Equifax Information Services, LLC WITH PREJUDICE with each party to bear its own costs and attorneys' fees.

Date: March 3, 2023                                **LOKER LAW, APC**

                                                                By:    /s/ Matthew M. Loker
                                                                      MATTHEW M. LOKER, ESQ.
                                                                      ATTORNEY FOR PLAINTIFF

                                                                **SEYFARTH SHAW LLP**

                                                                By:    /s/ Jennifer R. Brooks
                                                                      JENNIFER R. BROOKS, ESQ.
                                ATTORNEY FOR DEFENDANT, EQUIFAX INFORMATION SERVICES, LLC

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(44) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Date: March 3, 2023                                      **LOKER LAW, APC**

                                           By:   ___/s/ Matthew M. Loker___
                                                     MATTHEW M. LOKER, ESQ.
                                                     ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Stipulation to Dismiss Defendant Equifax Information Services, LLC with Prejudice* has been filed on March 3, 2023 through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

                                                    ___/s/ Matthew M. Loker___
                                                          Matthew M Loker, Esq.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **ANGELA BANGERT,**<br><br>Plaintiff,<br><br>v.<br><br>**TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND SOFI BANK N.A., CORP**<br><br>Defendant(s). | Case No.: 22-cv-1418-RFB-BNW<br><br>**[PROPOSED] ORDER**<br><br>HON. RICHARD F. BOULWARE, II |

Based upon the Parties' Dismissal, and good cause, this Court hereby orders Defendant EQUIFAX INFORMATION SERVICES, LLC to be, and is, dismissed with prejudice with each Party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: March 8, 2023. _____

HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT JUDGE