Joel E. Tasca
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com

*Attorney for Defendant Sofi Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA BANGERT,<br><br>    Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND SOFI BANK, N.A. CORP..<br><br>    Defendant. | CASE NO.  2:22-cv-01418-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT SOFI BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Plaintiff and Defendant Sofi Bank, N.A. ("Sofi"), stipulate and agree that Sofi has up to and including May 10, 2023 to respond to Plaintiff's Complaint (ECF No. 1), to provide Sofi time to investigate Plaintiff's allegations and for Sofi to prepare a response.  This is Sofi's first request for an extension.  (*See* ECF 5.)  The current deadline to file a response is May 1, 2023. Therefore, pursuant to LR IA 6-1, this stipulation is timely.

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

DMFIRM #407380450 v1

Dated: April 11, 2023

| | |
|---|---|
| BALLARD SPAHR LLP | KIND LAW |
| By: /s/ Joel E. Tasca | By: /s/ Michael Kind |
| Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive<br>Suite 900<br>Las Vegas, Nevada 89135 | Michael Kind, Esq.<br>Nevada Bar No. 13903<br>8860 S. Maryland Pkwy., Suite 106<br>Las Vegas, Nevada 89123<br>mk@kindlaw.com |
| *Attorneys for Defendant* | Loker Law APC<br>Matthew M. Loker Esq.<br>1303 E. Grand Avenue, Suite 101<br>Arroyo Grande, CA 93420<br>matt@lokerlaw.com |
| | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: April 12, 2023