Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

Matthew M. Loker, Esq.
*Admitted Pro Hac Vice*
**Loker Law, APC**
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
(805) 994-0177
matt@loker.law
*Attorney for Plaintiff Angela Bangert*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Angela Bangert,<br>             Plaintiff,<br>v.<br>Trans Union, LLC et al,<br>             Defendant. | Case No.: 2:22-cv-01418-RFB-BNW<br><br>**Stipulation for dismissal of Trans Union, LLC with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Angela Bangert and Trans Union, LLC stipulate to dismiss Plaintiff's claims against Trans Union, LLC with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

STIPULATION         - 1 -

Dated: July 18, 2023.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123


**ALVERSON TAYLOR & SANDERS**

/s/ Kurt Bonds
Kurt Bonds, Esq.
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
*Counsel for Trans Union, LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: 7/19/2023

STIPULATION                          - 2 -