

Joel E. Tasca
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendant SoFi Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Angela Bangert,<br><br>              Plaintiff,<br><br>v.<br><br>SoFi Bank N.A., et al.,<br><br>              Defendants. | CASE NO. 2:22-cv-01418-RFB-BNW<br><br>**STIPULATION AND ORDER TO AMEND DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(First Request)** |

Defendant SoFi Bank, N.A. ("SoFi")[1] and Plaintiff Angela Bangert (jointly, the "Parties"), by and through their respective counsel, hereby stipulate and agree to amend the Discovery Plan and Scheduling Order (ECF No. 37) by extending the outstanding discovery deadlines for a period of ninety (90) days. This is the first request for an extension to the Discovery Plan and Scheduling Order in this matter, and it is sought in good faith and not for purposes of delay.

I.   **Discovery Completed and Remaining**

Plaintiff has served written discovery to SoFi. SoFi has served written discovery to Plaintiff and a notice of deposition of Plaintiff. Neither Party has responded to the written discovery, and SoFi has not yet deposed Plaintiff.

II.   **Good Cause Exists for the Requested Extension**

---

[1] Plaintiff has resolved her claims against Defendants Experian Information Solutions, Inc. and Equifax Information Services, LLC.

DMWEST #17703735 v1

Good cause exists for the requested extension. The Parties are conducting settlement discussions and hope to settle this case within the next ninety (90) days.

### III. Proposed Discovery Deadlines

The Parties request an order extending the deadlines as set forth below.

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Discovery Cutoff | January 7, 2024 | April 8, 2024 |
| Expert Disclosures (Initial) | November 10, 2023 | February 8, 2024 |
| Expert Disclosures (Rebuttal) | December 8, 2023 | March 7, 2024 |
| Dispositive Motions | February 23, 2024 | May 23, 2024 |
| Pretrial Order | May 7, 2024 | August 5, 2024 |

IT IS SO STIPULATED.

DATED this 11th day of October, 2023.

| | |
| --- | --- |
| BALLARD SPAHR LLP | LOKER LAW, APC |
| By: /s/ Madeleine Coles<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Madeleine Coles<br>Nevada Bar No. 16216<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant SoFi Bank, N.A.* | By: /s/ Matthew M. Loker<br>Matthew M. Loker<br>*Admitted Pro Hac Vice*<br>1303 East Grand Avenue, Suite 101<br>Arroyo Grande, California 93420<br><br>KIND LAW<br><br>Michael Kind<br>Nevada Bar No. 13903<br>8860 South Maryland Pkwy, Suite 106<br>Las Vegas, Nevada 89123<br><br>*Attorneys for Plaintiff* |

### ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10/13/2023

2

DMWEST #17703735 v1