Joel E. Tasca
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendant SoFi Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Angela Bangert, | Case No. 2:22-cv-01418-RFB-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO AMEND DISCOVERY PLAN AND SCHEDULING ORDER** |
| v. | |
| SoFi Bank N.A., et al., | **(Third Request)** |
| Defendants. | |

Defendant SoFi Bank, N.A. ("SoFi")[1] and Plaintiff Angela Bangert (jointly, the "Parties"), by and through their respective counsel, hereby stipulate and agree to amend the Discovery Plan and Scheduling Order (ECF No. 37) by extending the outstanding discovery deadlines for a period of sixty (60) days. This is the third request for an extension to the Discovery Plan and Scheduling Order in this matter, and it is sought in good faith and not for purposes of delay.

## I.    Discovery Completed

Plaintiff has served written discovery, including requests for production of documents, requests for admission, and interrogatories, to SoFi, and SoFi has responded. SoFi has served written discovery, including requests for production of documents and interrogatories, to Plaintiff, and Plaintiff has responded. Plaintiff has

---

[1] Plaintiff has resolved her claims against Defendants Experian Information Solutions, Inc. and Equifax Information Services, LLC.

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

taken the deposition of SoFi's 30(b)(6) representative, and SoFi has taken Plaintiff's deposition.

## II.   Discovery That Remains to Be Completed

Plaintiff has served additional notices of 30(b)(1) depositions of SoFi employees, which have not yet occurred.  The Parties additionally still need to potentially serve additional written discovery, serve third-party subpoenas, conduct third-party depositions, and conduct expert discovery.

## III.   Good Cause Exists for the Requested Extension

The Parties initially stayed discovery pending settlement discussions. Following the stay, this Court granted an additional 30-day extension of the discovery plan.  Although the Parties have cooperated in good faith during that time toward meeting their discovery obligations, as the facts in this case have continued to develop, and disagreements as to certain facts and discovery have arisen, it has become clear that the Parties require additional time to complete discovery, have effective conversations, and resolve specific discovery disagreements.

The additional time will allow the Parties to attempt to resolve the discovery issues between themselves, conduct additional fact discovery, and adequately determine whether expert discovery will be needed in this matter.  Further, no party will be prejudiced by the Court granted this Stipulation, as all Parties jointly seek an extension of these deadlines.  Moreover, the Parties believe that allowing the extension will serve the ends of judicial economy.

As further good cause, Plaintiff contends discovery yielded documents that were not timely produced as well as witnesses who were not disclosed until recently – Defendant disputes these contentions.  In lieu of a Motion to Compel such information, the Parties are working together to amicably resolve the discovery dispute without the need for Court intervention.

## IV.   Proposed Discovery Deadlines

The Parties request an order extending the deadlines as set forth below.

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

2

- Discovery Cutoff                                            **07/08/2024**
- Deadline to Disclose Expert Disclosures                     **05/10/2024**
- Deadline to Disclose Rebuttal Expert Disclosures            **06/07/2024**
- Deadline to File Dispositive Motions                        **08/23/2024**
- Pretrial Order:  The Parties shall file a joint pretrial order no later than **11/04/2024** or 30 days after the date set for filing dispositive motions.  In the event that Parties file dispositive motions, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motion or further order of the Court.

IT IS SO STIPULATED.

DATED this 8th day of May, 2024.

BALLARD SPAHR LLP

By:  /s/ Madeleine Coles
Joel E. Tasca
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Defendant SoFi Bank, N.A.*

LOKER LAW, APC

By:  /s/ Matthew M. Loker
Matthew M. Loker
*Admitted Pro Hac Vice*
1303 East Grand Avenue, Suite 101
Arroyo Grande, California 93420

KIND LAW

Michael Kind
Nevada Bar No. 13903
8860 South Maryland Pkwy, Suite 106
Las Vegas, Nevada 89123

*Attorneys for Plaintiff*

## <u>ORDER</u>

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED:  May 9, 2024

DMWEST #17703735 v1

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070