**LOKER LAW, APC**
Matthew M. Loker, Esq. (admitted *pro hac vice*)
matt@loker.law
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

**KIND LAW**
Michael Kind, Esq. (13903)
mk@kindlaw.com
8860 South Maryland Pkwy., Ste. 106
Las Vegas, NV 89123
Telephone: (707) 337-2322

*Attorneys for Plaintiff,*
Angela Bangert

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **ANGELA BANGERT,** | **Case No.:** 22-cv-1418-RFB-EJY |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE PLAINTIFF ANGELA BANGERT'S DEADLINE TO FILE REPLY IN SUPPORT OF BANGERT'S MOTION FOR ATTORNEYS' FEES AND COSTS** |
| **TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND SOFI BANK N.A., CORP.,** | |
| Defendants. | **HON. RICHARD F. BOULWARE II** |

CASE NO.: 22-cv-1418-RFB-EJY                    *Bangert v. SoFi Bank N.A., et al.*

**STIPULATION TO CONTINUE PLAINTIFF ANGELA BANGERT'S DEADLINE TO FILE REPLY IN SUPPORT OF BANGERT'S MOTION FOR ATTORNEY'S FEES AND COSTS**

This Stipulation is made and entered by and between the Parties to the above-entitled action, Plaintiff ANGELA BANGERT ("Bangert") and Defendant SOFI BANK, N.A. ("SoFi") by and through their respective counsel,

WHEREAS, Bangert filed her renewed Motion for Attorneys' Fees and Costs on April 17, 2026,

WHEREAS, SoFi filed its Opposition on May 1, 2026,

WHEREAS, the Parties are engaged in efforts to resolve this Motion informally,

WHEREAS, the Parties desire additional time to discuss resolution without devoting further resources to the pending Motion,

WHEREAS, Bangert's Reply is currently due on May 8, 2026

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that:

1. Bangert's Reply shall now be due on May 22, 2026.


Dated: May 8, 2026                                          Respectfully submitted,


                                                            **LOKER LAW, APC**


                                                            By: ___/s/ Matthew M. Loker___
                                                                 MATTHEW M. LOKER, ESQ.
                                                                 ATTORNEY FOR BANGERT

IT IS SO ORDERED.

                                                            **BALLARD SPAHR LLP**

_____
U.S. MAGISTRATE JUDGE                                       By: ___/s/ Jenny N. Perkins___
                                                                 JENNY N. PERKINS, ESQ.
Date:  May 11, 2026                                              ATTORNEY FOR SOFI

---

CASE NO.: 22-cv-1418-RFB-EJY            1 OF 2            *Bangert v. SoFi Bank N.A., et al.*
**STIPULATION TO CONTINUE PLAINTIFF ANGELA BANGERT'S DEADLINE TO FILE REPLY IN SUPPORT OF BANGERT'S MOTION FOR ATTORNEY'S FEES AND COSTS**

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420