**LOKER LAW, APC**
Matthew M. Loker (279939)
matt.loker@loker.law
Telephone: (805) 994-0177
132 Bridge Street
Arroyo Grande, CA 93420

*Attorney for Plaintiff,*
ANGELA BANGERT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

**ANGELA BANGERT,**

Plaintiff,

**v.**

**TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC. AND SOFI BANK N.A.,,**

Defendants.

**Case No.:** 2:22-cv-01418-RFB-BNW

**STIPULATION TO DISMISS DEFENDANT SOFI BANK N.A. WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**

**HON. RICHARD F. BOULWARE, II**

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

Plaintiff ANGELA BANGERT ("Plaintiff") and Defendant SOFI BANK N.A.,, by and through their undersigned counsel, respectfully submit this Stipulation for Dismissal pursuant to Rule 41(a) of the Federal Rule of Civil Procedure.

Plaintiff and SOFI BANK N.A. hereby jointly move to dismiss SOFI BANK N.A. WITH PREJUDICE with each party to bear its own costs and attorneys' fees.

Date: August 6, 2026

**LOKER LAW, APC**

BY: ___/S/ MATTHEW M. LOKER___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

**BALLARD SPAHR LLP**

By: ___/s/ Jenny Nicole Perkins
JENNY NICOLE PERKINS, ESQ.
ATTORNEY FOR DEFENDANT, SOFI BANK N.A.,

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(44) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Date: August 6, 2026

**LOKER LAW, APC**

___/S/ MATTHEW M. LOKER___
MATTHEW M. LOKER, ESQ.

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

# CERTIFICATE OF SERVICE

A copy of the foregoing *Plaintiff ANGELA BANGERT*'s *Stipulation to Dismiss Defendant SOFI BANK N.A. with Prejudice* has been submitted on August 6, 2026 to all defense counsel of record via e-mail and U.S. Mail.

___/S/ MATTHEW M. LOKER___
MATTHEW M. LOKER, ESQ.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **ANGELA BANGERT,**<br><br>Plaintiff,<br><br>**v.**<br><br>**TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC. AND SOFI BANK N.A.,**<br><br>Defendants. | **Case No.:** 2:22-cv-01418-RFB-BNW<br><br>**ORDER**<br><br>**HON. RICHARD F. BOULWARE, II** |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant SOFI BANK N.A., to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated**:** August 7, 2026.

**HON. RICHARD F. BOULWARE, II**
UNITED STATES DISTRICT COURT JUDGE